**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO: 14-48020-399 |
| GERALD KLJAJIC ) | Chapter 13 |
| ) | |
| ) | Re: Objection to Claim 3 filed by |
| ) |    BANK OF NEW YORK MELLON |
| ) |    TRUSTEE |
| ) | Acct: 2586 |
| Debtor ) | Amount: $83,625.21 |
| ) | Response Due: January 27, 2015 |

## TRUSTEE'S OBJECTION TO CLAIM 3

    COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in Bankruptcy, and for his objection to claim states as follows:

The claim of BANK OF NEW YORK MELLON TRUSTEE dated December 31, 2014, SHOULD BE DENIED AS FILED BECAUSE THE CLAIM IS AMBIGUOUS AS TO TYPE AND AMOUNT.  THE CLAIM DOES NOT LIST THE PROPERTY VALUE OF THE COLLATERAL WHICH SECURES THE DEBT, SO THE TRUSTEE CANNOT DETERMINE WHETHER THE CLAIM SHOULD BE FULLY SECURED.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

## NOTICE OF FILING OF OBJECTION TO CLAIM

    Please take notice that the Chapter 13 Trustee has filed an objection to your claim.  Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S 10TH ST 4TH FL, ST LOUIS, MO   63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice.  If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee.  If a response is filed, this matter will be set for hearing upon subsequent notice.

| | |
|---|---|
| Dated: January 06, 2015 | /s/ John V. LaBarge, Jr. |
| | John V. LaBarge, Jr. |
| OBJCLM--SJC | Standing Chapter 13 Trustee |
| | P.O. Box 430908 |
| | St. Louis, MO  63143 |
| | (314) 781-8100  Fax: (314) 781-8881 |
| | trust33@ch13stl.com |

    The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of January 06, 2015.

                                                                            /s/ John V. LaBarge, Jr.

GERALD KLJAJIC  
5316 BANCROFT  
SAINT LOUIS, MO  63109

THE BANKRUPTCY CO  
2025 S BRENTWOOD BLVD  
STE 206  
BRENTWOOD, MO  63144

BANK OF NEW YORK MELLON TRUSTEE  
350 HIGHLAND DR  
C/O NATIONSTAR MORTGAGE LLC  
LEWISVILLE, TX  75067