UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 14-48020-399 |
| GERALD KLJAJIC | ) | Chapter 13 |
| | ) | |
| | ) | Re: Objection to Claim 3 filed by |
| | ) |     BANK OF NEW YORK MELLON |
| | ) |     TRUSTEE |
| | ) | |
| **Debtor** | ) | Hearing Date: 03/11/2015 |
| | ) | Hearing Time:  9:00 am |

## NOTICE OF HEARING ON OBJECTION TO CLAIM

Take notice that the Chapter 13 Trustee's objection dated January 06, 2015 to claim 3 of BANK OF NEW YORK MELLON TRUSTEE and any response thereto will be called for hearing on March 11, 2015 at  9:00 am in U.S. Bankruptcy Court, 111 S. 10th St., Room 5 North, St. Louis, MO   63102 and you may be present at that time and be heard.

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of February 04, 2015.

NHOBCM--SJC

GERALD KLJAJIC
5316 BANCROFT
SAINT LOUIS, MO  63109

THE BANKRUPTCY CO
2025 S BRENTWOOD BLVD
STE 206
BRENTWOOD, MO  63144

BANK OF NEW YORK MELLON TRUSTEE
350 HIGHLAND DR
C/O NATIONSTAR MORTGAGE LLC
LEWISVILLE, TX  75067

/s/ John V. LaBarge, Jr.
John V. LaBarge, Jr.
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com